■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONNA BONANNO, Appellant. — Appeal by defendant, as limited by her motion, from a sentence of the County Court, Suffolk County (Rohl, J.), imposed July 17, 1984.

Sentence affirmed. No opinion.

This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (5). Mollen, P. J., Thompson, Niehoff and Rubin, JJ., concur.